

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-14-00370-CR

Andres Ramon **JUAREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0937B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

In an "Open Plea to the Court," appellant pled nolo contendere to aggravated robbery. The trial court's judgment also indicates appellant's plea was an "open plea to the court." In accordance with Texas Rule of Appellate Procedure 25.2(d), the trial court signed a certification of defendant's right of appeal. *See* TEX. R. APP. P. 25.2(d). The certification states that the underlying case "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." However, on May 15, 2014, the trial court granted appellant's Request for Permission to Appeal His Conviction. In his May 21, 2014, pro se notice of appeal, appellant notes he was granted permission to appeal.

On June 2, 2014, Mr. Ross A Rodriguez, appellant's retained trial counsel, filed a Motion to Withdraw As Attorney, stating he has not been retained to represent appellant on appeal. The motion is GRANTED.

The reporter's record is due no later than August 26, 2014. Appellant's brief will be due thirty days after the reporter's record is filed. If appellant desires representation on appeal, he is encouraged to retain new counsel at the earliest possible date.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court